No. 98–32. ROUMELIOTIS *v.* POPA. C. A. 1st Cir. Certiorari denied.

No. 98–33. CHRISTENSON *v.* TURPIN, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 98–34. FERNANDES *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–35. ATWATER *v.* FEDERAL EXPRESS CORP. C. A. 8th Cir. Certiorari denied.

No. 98–36. PRESTON *v.* GEORGIA POWER CO. Ct. App. Ga. Certiorari denied.

No. 98–37. TALANDA *v.* KFC NATIONAL MANAGEMENT CO., DBA KFC, AKA KENTUCKY FRIED CHICKEN. C. A. 7th Cir. Certiorari denied.

No. 98–39. KLECAN ET AL. *v.* NEW MEXICO RIGHT TO CHOOSE/ NARAL ET AL. Sup. Ct. N. M. Certiorari denied.

No. 98–40. LAFONTAINE *v.* COMMISSIONER OF CORRECTIONAL SERVICES OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 98–41. VERA CRUZ *v.* CITY OF ESCONDIDO. C. A. 9th Cir. Certiorari denied.

No. 98–44. GEE *v.* HUMPHRIES ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–45. COATS *v.* SMITH, SUPERINTENDENT, EASTERN CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 98–46. BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYEES *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–47. WOOD *v.* CITY COUNCIL OF MANASSAS ET AL. Cir. Ct. Prince William County, Va. Certiorari denied.

No. 98–48. LUKACS *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 4th Cir. Certiorari denied.